# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS           CASE NO. 3:92cr3040/LAC

BRIAN MORRIS

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on  December 3, 2008

Motion/Pleadings: MOTION FOR FINAL DISPOSITION OF WARRANT FOR OFFENDER UNDER SUPERVISION

Filed by  Defendant pro se    on  8/19/2008    Doc.#  40

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated   _____ Joint Pldg.
_____ Unopposed   _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/ *Susan Simms*
Deputy Clerk: Susan Simms

LC (1 OR 2)

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 3rd day of December, 2008, that:*

*(a) The relief requested is* **GRANTED**.

*(b) Violation of Supervised Release Hearing held on December 2, 2008.*

s/ *L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: _____
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.